■ In the Matter of RUSSELL T. SICKMEN, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.—Motion by respondent for reargument of the petition to discipline him for professional misconduct to the extent of the punishment imposed upon him in its order, dated April 20, 1987.

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is,

Ordered that the motion is denied. Mollen, P. J., Mangano, Thompson, Bracken and Brown, JJ., concur.